UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDWARD QUIDERA, JEREMY CAVOLO, and RICKY SKELTON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br> v.<br><br>BLACKSTONE LABS, LLC,<br><br>          Defendant. | Case No. 9:20-cv-80898-RAR |

**NOTICE OF RELATED CASE PURSUANT TO
LOCAL CIVIL RULE 3.8 AND IOP § 2.15.00**

  Pursuant to Local Civil Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures ("IOP"), Plaintiffs hereby provide notice to the Court of a related action currently pending in this District. In *U.S. v. Braun*, No. 19-80030-CR, Defendant Blackstone Labs, LLC ("Defendant") was named as a defendant in a criminal action pending before Judge Dimitrouleas (the "Criminal Action"). Like this civil action, the Indictment in the Criminal Action charges that Defendant conspired to commit fraud by, among other things, knowingly marketing and selling illegal substances as "dietary supplements." The Indictment is cited in Plaintiffs' Complaint in paragraph 29 and attached thereto as Exhibit C.

  Local Civil Rule 3.8 and IOP 2.15.00 require the attorneys of record in every action to bring to the attention of the Court and opposing counsel the existence of any other action which "involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court" and "the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge." IOP 2.15.00. That is

the case here. Plaintiffs anticipate that there will be significant overlap in questions of fact and law between this case and the Criminal Action. Although the criminal case deals with different supplements sold by Defendant, Plaintiffs allege that the supplements at issue in this case are illegal for the same legal reasons charged by the Criminal Action. Moreover, Plaintiffs expect factual overlap between the cases, particularly with regard to evidence needed to prove scienter in Defendant's sales of the supplements in support of Plaintiffs' fraud claim.

    Plaintiffs will supply opposing counsel with a copy this notice as soon as they are in contact with Plaintiffs' counsel or appear in this action, in accordance with Local Civil Rule 3.8.

Dated: June 10, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    /s/ Sarah N. Westcot
       Sarah N. Westcot

Scott A. Bursor
Sarah N. Westcot
701 Brickell Ave., Ste. 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (212) 989-9163
Email: scott@bursor.com
      swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*pro hac* forthcoming)
888 7th Avenue
New York, NY 10019
Telephone: (646) 837-7126
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiffs*