IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:20-cv-80898-WPD**

EDWARD QUIDERA and JEREMY CAVOLO,
Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BLACKSTONE LABS, LLC,

    Defendant.
_____/

**DEFENDANT BLACKSTONE LABS, LLC'S
NOTICE OF SUPPLEMENTAL AUTHORITY TO D.E. 14**

Defendant Blackstone Labs, LLC provides notice of the attached supplemental authority to its Motion to Dismissed Filed at D.E. 14, and states:

1.    On July 30, 2020, at 4:47 PM, Blackstone Labs, LLC filed its motion to dismiss at D.E. 14.

2.    Undersigned counsel learned of the July 29, 2020 Central District of California's entry of dismissal in *Rosas, et al., v. Hi-Tech Pharmaceuticals*, CV 20-00433-DOC-DRM (C.D. Cal. 2020) an hour later, at 5:45 PM, July 30, 2020.

3.    The Order of Dismissal is attached as Exhibit "A" pursuant to the local practices of the Southern District of Florida. *See generally, Barron v. Snyder's-Lance, Inc.*, 2014 WL 2686060 *1 (S.D. Fla. 2014) (quoting Girard v. Aztec RV Resort, Inc., 2011 WL 4345443 (S.D. Fla. 2011)("[S]upplemental filings should direct the Court's attention to legal authority or evidence that was not available to the filing party at the time that that party filed the original brief to which the subsequent supplemental filing pertains. They should further note the argument to which the legal authorities or evidence relate.").

4. The Central District of California's entry of dismissal held that the determination of DMAA, DMHA and methylsynephrine as dietary supplements under DSHEA requires both the expertise of the FDA and uniformity in administration. This relates to Defendants' arguments regarding DMHA found on page 3-7 of D.E. 14.

5. Had undersigned counsel been aware of this order at the time of filing D.E. 14, they would have included it within the original motion to dismiss.

Respectfully Submitted this 3d day of August 2020.

### CERTIFICATE OF SERVICE

I Certify that on August 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronic Notices of Electronic Filing.

By:  /*Zachary L. Catanzaro*/
**Zachary L. Catanzaro**
Fla. Bar No. 98902
**Law Office of Zachary L. Catanzaro, PA**
7999 N. Federal Highway, Suite 401
Boca Raton, Florida 33487
Tel.:    561-247-3242
zachary@zlclaw.com
*Counsel for Defendant Blackstone Labs, LLC*

/*Arthur W. Leach*/
Arthur W. Leach, Esq.
art@arthurwleach.com
**Law Office of Arthur Leach**
5780 Windward Parkway, Suite 225
Alpharetta, GA 30005
Tel.: 404-786-6443
*Counsel for Defendant Blackstone Labs, LLC, pro hac vice*

# Exhibit "A"

*Rosas, et al., v. Hi-Tech Pharmaceuticals*
cv 20-004433-DOC-DRM
D.E. 46, Order Re: Motion to Dismiss [13]

_____